McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD REZA JAHANI, ) | |
| ) | No. CV S-07-1685 FCD GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JOINT STIPULATION AND ORDER |
| Susan Curda, USCIS Sacramento District ) | |
| Director, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, the parties stipulate that the case be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

Respectfully submitted,

Dated: September 27, 2007

/s/ Ada E. Bosque
Ada E. Bosque
Department of Justice

Dated: September 27, 2007

/s/ Douglas M. Lehrman
Douglas M. Lehrman
Counsel for Plaintiff

**[PROPOSED] ORDER**

In this action to address delay in the processing of plaintiff Mohammad Reza Jahani's application for naturalization, the parties stipulate to a remand to the United States Citizenship and Immigration Services to adjudicate within 60 days.  Based on the parties' stipulation and good cause, this Court:

1. REMANDS this matter to allow the United States Citizenship and Immigration Services to adjudicate plaintiff within 60 days of this order; and

2. ORDERS the parties, no later than December 14, 2007, to file: (1) papers to dismiss this action in its entirety; or (2) report on the status of the adjudication.

IT IS SO ORDERED.

Dated: September 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE